IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR 16-2724 WJ |
| JOHN B. HENRY, | ) |
| Defendant. | ) |

**UNITED STATES' RESPONSE TO DEFENDANT'S UNOPPOSED MOTION TO DISMISS OUTSTANDING PETITION TO REVOKE SUPERVISED RELEASE**

The United States responds to Defendant's above-titled *Unopposed Motion*. (Doc. 255).

### FACTS

1. Upon information and belief, the facts stated in Defendant's *Unopposed Motion* are accurate. (*Id*.).

2. Undersigned counsel conferred with Defendant's probation officer, Martine Lopez-Bowers, via email. PO Lopez-Bowers confirmed Defendant completed the 90-day program successfully and that she has no opposition to this Court dismissing the original petition against Defendant. (Doc. 235).

### REQUEST FOR RELIEF

The United States does not oppose this Court granting Defendant the relief requested in Defendant's *Unopposed Motion*. (Doc. 255).

*// SIGNATURES ON FOLLOWING PAGE //*

1

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

***Electronically filed May 15, 2023***
ZACHARY C. JONES
Assistant United States Attorney
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274
zachary.jones2@usdoj.gov

I CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused Wayne Baker to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on May 15, 2023.

_____/s/_____
ZACHARY C. JONES
Assistant United States Attorney